SCWC-16-0000679 AND SCWC-16-0000782

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Petitioners and Respondents/
Plaintiffs/Counterclaim-Defendants/Appellees,

vs.

PAZ F. ABASTILLAS, also known as PAZ A. RICHTER,
ROBERT A SMITH, personally,
Respondents and Petitioners/
Defendants/Counterclaim-Plaintiffs/Appellees,

and

ROBERT A. SMITH, Attorney at Law, A Law Corporation,
STANDARD MANAGEMENT, INC., U.S. BANCORP MORTGAGE COMPANY,
an Oregon Company, WESTERN SURETY COMPANY,
sued herein as Doe Entity 1,
Respondents/Defendants-Appellees,

and

MICHAEL BORNEMANN, M.D.,
Respondent and Petitioner/Defendant-Appellant.

(CAAP-16-0000679; CIV. NO. 93-3974-10)

------------------------------------------------------------------

BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Petitioners and Respondents/
Plaintiffs/Counterclaim-Defendants/Appellees,

vs.

PAZ F. ABASTILLAS, also known as PAZ A. RICHTER,
ROBERT A SMITH, personally,
Respondents and Petitioners/
Defendants/Counterclaim-Plaintiffs/Appellants,

and

ROBERT A. SMITH, Attorney at Law, A Law Corporation,
STANDARD MANAGEMENT, INC., MICHAEL BORNEMANN, M.D.,
U.S. BANCORP MORTGAGE COMPANY, an Oregon Company,
WESTERN SURETY COMPANY, sued herein as Doe Entity 1,
Respondents/Defendants-Appellees.

(CAAP-16-0000782; CIV. NO. 93-3974-10)

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Respondent and Petitioner Michael Bornemann, M.D.'s

Application for Writ of Certiorari filed on March 1, 2019 is

hereby rejected.

DATED: Honolulu, Hawaiʻi, April 4, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2